IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER | § | |
| OF THE BAR OF THE SUPREME | § | No. 449, 2019 |
| COURT OF THE STATE OF | § | |
| DELAWARE: | § | |
| | § | |
| | § | |
| JONATHAN LAYTON, | § | |
| Petitioner. | § | |

Submitted: October 31, 2019
Decided: November 7, 2019

Before **VALIHURA**, Acting Chief Justice,∗ **VAUGHN**, and **TRAYNOR**, Justices.

*PER CURIAM***:**

## **ORDER**

After careful consideration of the petition, IT IS HEREBY ORDERED that:

(1)     For good cause shown, Jonathan Layton, Esquire ("Petitioner") is hereby immediately transferred to disability inactive status pursuant to Rule 19(b) of the Delaware Lawyers' Rules of Disciplinary Procedure ("Procedural Rules").

(2)     Petitioner shall remain on disability inactive status until such time as he can demonstrate by clear and convincing evidence that any disabilities have been removed.

(3)     Petitioner shall not practice law in this State or in any other jurisdiction.

(4)     Any formal disciplinary proceedings are stayed pending further order of this Court. Any investigation by the Office of Disciplinary Counsel ("ODC") may

---

∗ Pursuant to Del. Const. Art. IV §§ 2, 13.

proceed to preserve evidence.

(5)     Petitioner shall be prohibited from having any contact with clients or prospective clients or witnesses or prospective witnesses even when acting as a paralegal, legal assistant, or law clerk under the supervision of a member of the Delaware Bar.

(6)     Petitioner shall not: (a) share in any legal fees arising from clients or cases referred by him while on disability inactive to any other lawyer or (b) share in any legal fees earned for services by others while on disability inactive.

(7)     This Order shall be made public.

2